Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address

TIMOTHY J. YOO (State Bar No. 155531)
MICHAEL G. D'ALBA (State Bar No. 264403)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, CA 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: tjy@lnbyg.com; mgd@lnbyg.com

☐ *Individual appearing without attorney*
☒ *Attorney for* Plaintiff Sandra K. McBeth, Chapter 7 Trustee for Estate of Live Oak Rentals LLC

FOR COURT USE ONLY

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - NORTHERN DIVISION**

In re:

MAKAT INVESTMENTS, LLC,

Debtor(s).

SANDRA K. McBeth, Chapter 7 Trustee for the Estate of Live Oak Rentals LLC,

Plaintiff(s),

vs.

MAKAT INVESTMENTS, LLC,

Defendant.

CASE NO.: 9:24-bk-10319-RC
CHAPTER: 12
ADVERSARY NO.: 9:24-ap-01044-RC

NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING RE**: ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT UNDER LBR 7055-1**

PLEASE TAKE NOTE that the order or judgment titled **Order Granting Plaintiff's Motion For Default Judgment Under Lbr 7055-1** was lodged on (*date*) August 14, 2026 and is attached. This order relates to the motion which is docket number 70.

TIMOTHY J. YOO (State Bar No. 155531)
MICHAEL G. D'ALBA (State Bar No. 264403)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, CA 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: tjy@lnbyg.com; mgd@lnbyg.com

Attorneys for Plaintiff Sandra K. McBeth,
Chapter 7 Trustee for Estate of Live Oak Rentals LLC

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**NORTHERN DIVISION**

| | |
|---|---|
| In re<br><br>MAKAT INVESTMENTS, LLC,<br><br>Debtor. | Case No. 9:24-bk-10319-RC<br><br>Chapter 12 |
| SANDRA K. McBETH, Chapter 7 Trustee for the Estate of Live Oak Rentals LLC,<br><br>Plaintiff,<br><br>v.<br><br>MAKAT INVESTMENTS, LLC,<br><br>Defendant. | Adv. Case No.: 9:24-ap-01044-RC<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT UNDER LBR 7055-1**<br><br>Date: August 12, 2026<br>Time: 9:00 a.m.<br>Place: Courtroom 201<br>1415 State Street<br>Santa Barbara, CA 93101 |

The Plaintiff's Motion for Default Judgment under LBR 7055-1 [DE 70] (the "Motion") filed by Plaintiff Sandra K. McBeth, Chapter 7 Trustee for the Estate of Live Oak Rentals LLC (the "Plaintiff"), came on for hearing on August 12, 2026, at 9:00 a.m., in the above-entitled

Court before the Honorable Ronald A. Clifford III, United States Bankruptcy Judge. Michael G. D'Alba of Levene, Neale, Bender, Yoo & Golubchik L.L.P., appeared for Plaintiff. Richard L. Antognini of Law Office of Richard L. Antognini appeared for interested parties Alfred Nevis, Alec Nevis, Sammy Nevis, and the Alfred Nevis Revocable Trust. No other appearances were made.

The Court, having considered the Motion, having noted the lack of any opposition to the Motion, having considered the statements of counsel at the hearing on the Motion, for the reasons set forth on the record, having been advised by Plaintiff's counsel that Plaintiff wishes to dismiss the First, Second, Third, Fourth, Sixth, and Eighth Claims for Relief in her First Amended Complaint filed on February 10, 2026 [DE 64] ("Amended Complaint") only, and good cause appearing therefore,

IT IS HEREBY ORDERED THAT:

1. The Motion is granted.
2. The Court shall enter judgment in favor of Plaintiff on the Fifth and Seventh Claims for Relief in the Amended Complaint.
3. The First, Second, Third, Fourth, Sixth, and Eighth Claims for Relief in the Amended Complaint are dismissed.
4. The status conference is continued to October 27, 2026 at 9:00 AM.

**IT IS SO ORDERED**.

# # #

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034

A True And Correct Copy Of The Foregoing Document Entitled **Notice Of Lodgment Of Order Or Judgment In Adversary Proceeding Re: Order Granting Plaintiff's Motion For Default Judgment Under Lbr 7055-1** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On ***August 14, 2026*** **I** checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Richard L Antognini rlalawyer@yahoo.com, rlalawyer@yahoo.com
- Michael G D'Alba mgd@lnbyg.com
- Reed H Olmstead reed@olmstead.law, r41602@notify.bestcase.com
- Elizabeth (ND) F Rojas (TR) cacb_ecf_nd@ch13wla.com
- United States Trustee (ND) ustpregion16.nd.ecf@usdoj.gov

**2. <u>SERVED BY UNITED STATES MAIL</u>**: On **August 14, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐Service list attached

**3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u>** <u>(state method for each person or entity served)</u>: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **August 14, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐Service list attached

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 14, 2026 | Kayleen Chang | */s/ Kayleen Chang* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |